

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00256-CV

_____

IN RE FRANCISCO BAEZ AND NILMARIE GARCIA, Relators

Original Proceeding
17th District Court of Tarrant County, Texas
Trial Court No. 017-361522-25

Before Sudderth, C.J.; Wallach and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and amended motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and amended motion for emergency relief are denied.

Per Curiam

Delivered: April 28, 2026